UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:16-cr- 314 T35 JSS
46 U.S.C. §§ 70503(a), 70506
21 U.S.C. § 881-Forfeiture
28 U.S.C. § 2461(c)-Forfeiture
46 U.S.C. § 70507-Forfeiture

BEON NICHOLAS PHILLIPS, and
NEIL JASON MERRITT

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about July 1, 2016, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

BEON NICHOLAS PHILLIPS, and
NEIL JASON MERRITT,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons unknown to the Grand Jury, to possess with the intent to distribute and to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about July 1, 2016, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

### BEON NICHOLAS PHILLIPS, and
### NEIL JASON MERRITT,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a), Title 18, United States Code, Section 2, and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURES

1.     The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 881, Title 46, United States Code, Section 70507, and Title 28, United States Code, Section 2461(c).

2.     Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of Title 46, United States Code, Section 70503, the defendants,

2

BEON NICHOLAS PHILLIPS, and
NEIL JASON MERRITT,

shall forfeit to the United States, pursuant to Title 46, United States Code,

Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United

States Code, Section 2461(c), any and all property described in Title 21, United

States Code, Section 881(a) that was used or intended to be used to commit, or

facilitate the commission of, the offenses.

    3.    If any of the property described above, as a result of any act or

omission of the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with a third
           party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or,

        e.    has been commingled with other property, which cannot be
           divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

under the provision of Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By:

JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

By:

RACHELLE DESVAUX BEDKE
Assistant United States Attorney
Chief, Criminal Division (South)

*T:\_Cases\Criminal Cases\P\Phillips, Beon Nicholas_2016Rpend_JKR\p_Indictment.doc*

4

FORM OBD-34
APR 1991                                No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
#### Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### BEON NICHOLAS PHILLIPS, and
### NEIL JASON MERRITT

## INDICTMENT

Violations:

Title 46, United States Code, Section 70503(a)
Title 46, United States Code, Section 70506(a)

A true bill,

*Delith Chegwidden*

Foreperson

Filed in open court this 12th day

of July 2016.

Clerk

Bail   $ _____