UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,        Case No. 8:16-cr-314-T-35JSS

    Plaintiff, ☐
    Government ☒              ☐ Evidentiary
                                          ☒ Trial
v.                                                ☐ Other

BEON NICHOLAS PHILLIPS, et al.

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1A-E | | | | Photos – SV BUFF 07/01/16 |
| 2A-P | | | | Documents from SV BUFF |
| 3A-C | | | | Sketch – SV BUFF |
| 4A-D | | | | Photos – Cocaine packaging/testing |
| 5A-D | | | | Papers from jeans – SV BUFF |
| 6A-H | | | | Photos – SV BUFF 07/28/16 |
| 7 | | | | Photo – Cocaine at Pan Ex processing |
| 8 | | | | Cocaine from DEA SERL |
| 9 | | | | Court Exhibit – State Department Certification |